**SEALED**

BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAROL CHRISTINE OHANESIAN,<br><br>            Plaintiff,<br><br>    v.<br><br>PED NEGOTIUM INC., d.b.a. TENDERFEET SHOES, and INCARE DME<br><br>and<br><br>BIOMECHANICAL ANALYSIS & CONSULTING SERVICE, INC.,<br><br>            Defendants. | Case No. 1:11-cv-02113 AWI-GSA<br><br>**ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>**[UNDER SEAL]** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. §3730(b)(4)(B), the Court rules as follows:

    1.   All pleadings filed in this action subsequent to today's date be served upon the United States;

    2.   All Orders issued by the Court subsequent to today's date be served upon th United States;

1  3. All Notices of Appeal be served upon the United States;
2  4. The Complaint, this Notice of Election to Decline
3  Intervention, the [Proposed] Order, and all pleadings
4  filed subsequent to this date be unsealed.
5  5. The United States be allowed to order any deposition
6  transcripts and to intervene in this action, for good cause, at a
7  later date.
8  6. The United States be given notice and an opportunity
9  to be heard should the relators or the defendants propose that
10 this action be dismissed, settled, or otherwise discontinued,
11 before the Court issues a ruling or granting its approval.

IT IS SO ORDERED.

Dated:    October 19, 2012          _____
                                    CHIEF UNITED STATES DISTRICT JUDGE